# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH F. BELL, <br><br> Plaintiff, <br><br> v. <br><br> MOON AREA SCHOOL DISTRICT AND RONALD LEDBETTER, <br><br> Defendants. | Case No. 2:18-CV-00399-NBF <br><br> Judge Nora Barry Fischer |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SETTLEMENT AGREEMENT TO BE MADE CONFIDENTIAL

Pursuant to this Court's March 1, 2019 Order and Briefing Schedule (Doc. 51), Defendants Moon Area School District ("MASD") and Ronald Ledbetter ("Ledbetter") (collectively, "Defendants") respectfully submit this Response to Plaintiff's Motion for Settlement Agreement to be Made Confidential ("Motion") (Doc. 49).

Consistent with the terms of the settlement agreement brokered at the Court-ordered mediation of this matter and ultimately agreed to by the parties, Defendants do not oppose Plaintiff's request to make the parties' Settlement Agreement confidential.

Dated this 4th day of March, 2019.

Respectfully submitted,

*/s/ Scott D. Cessar*
Scott D. Cessar (Pa. I.D. No. 49639)
scessar@eckertseamans.com
Audrey K. Kwak (Pa. I.D. No. 200527)
akwak@eckertseamans.com

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

1

U.S. Steel Tower, 44th Floor
600 Grant Street
Pittsburgh, PA 15219
(412) 566-2581 (telephone)
(412) 566-6099 (facsimile)

John F. Cambest (PA ID No. 20134)
jcambest@law-dmc.com

Dodaro Matta & Cambest, P.C.
1001 Ardmore Blvd., # 100
Pittsburgh, PA 15221
412-243-1600 (Telephone)

*Attorneys for Defendants Moon Area School District and Ronald Ledbetter*

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2019, a copy of the foregoing document was served on the following counsel of record via the Court's CM/ECF system:

Joshua D. Waterston, Esq.
Gerry J. Elman, Esq.
Elman Technology Law, P.C.
12 Veterans Square, Media, PA 19063
josh.waterston@elman.com
gerry@elman.com

*s/ Audrey K. Kwak*
Attorney for Defendants

{J2464245.1}